**Dismissed and Memorandum Opinion filed April 9, 2019.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-19-00182-CV

---

## CITIBANK N.A., AS TRUSTEE FOR NRZ PASS-THROUGH TRUST VI AND NEWREZ LLC FKA NEW PENN FINANCIAL LLP DBA SHELLPOINT MORTGAGE SERVICING, Appellant

### V.

### PECHUA, INC., Appellee

---

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-83417**

---

### MEMORANDUM OPINION

On March 5, 2019, the district clerk sent our court notice that a notice of appeal was filed in this case on March 1, 2019. However, record shows that the district clerk is mistaken. The record shows that appellant Citibank, N.A. did not file a notice of appeal, but a motion for interlocutory appeal, asking the trial court for an

order granting it permission to appeal an interlocutory judgment, which apparently the district clerk misconstrued as a notice of appeal.

For our court to have jurisdiction of a petition for permission to appeal an interlocutory order under Rule 28.2 of the Texas Rules of Appellate Procedure, an appellant must file a notice of appeal no later than the 20th day after the date the trial court signs a written order granting permission to appeal. *See* Tex. R. App. P. 28.3.

Because the record does not show that appellant has filed a notice of appeal, we **DISMISS** this case for want of jurisdiction. *See Matter of R.A.*, 465 S.W.3d 728, 740 (Tex. App.—Houston [14th Dist.] 2015, pet. denied) (mem.op.) (because no notice of appeal has been filed from the order, appellate court lacks jurisdiction).

PER CURIAM

Panel Consists of Justices Wise, Zimmerer, and Spain.